**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6766**

───────────

DELVIN STAFFORD,

        Plaintiff - Appellant,

    v.

SERGEANT STOUT; CAPTAIN ROGERS; OFFICER LAND,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:20-cv-00731-WO-LPA)

───────────

Submitted:  November 19, 2024               Decided:  November 22, 2024

───────────

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Delvin Stafford, Appellant Pro Se.  Kathleen E. Carroll, James Demarest Secor, III, GUILFORD COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delvin Stafford seeks to appeal the district court's order adopting the recommendation of the magistrate judge, granting in part and denying in part as moot Defendants' motion for summary judgment, and dismissing his 42 U.S.C. § 1983 civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 24, 2023, and the appeal period expired on August 23, 2023. Stafford filed the notice of appeal on December 12, 2023.[*] Because Stafford failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date Stafford could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).